IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1,<br><br>Plaintiff,<br><br>v.<br><br>SARA J. TALBOT ELLERTSON, and DOES 1-10,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:10-cv-640 CW |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B). On December 14, 2010, the Magistrate Judge issued a Report and Recommendation ("R & R"), recommending that this case be remanded to Utah state court. As of this date, no objection has been filed to the R & R.[1] The court therefore adopts the R & R in its entirety. Accordingly, this case is REMANDED to the Utah state court in which it was filed.

SO ORDERED this 5th day of January, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] The court has received a package via registered mail from a third party with a post date of December 29, 2010, which was marked "Private Confidential In Camera Communication." The court has reviewed the contents of the package and does not construe any document in the package to be an objection to the R & R or to be otherwise relevant to the issue now before the court.